IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| v. | ) CASE NO. 5:22-CR-44 (MTT) |
| | ) |
| CHRISTOPHER MCCLAM and | ) |
| LEVI MCCLAM, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## ORDER

The parties have moved the Court to continue this case to the next trial term. Doc. 92. The defendants were indicted on August 9, 2022. Doc. 1. Defendant Christopher McClam had his arraignment in this Court on August 30, 2022. Doc. 12. Co-defendant Levi McClam had his arraignment in this Court on September 13, 2022. Doc. 24. Co-defendant Mariah Sharp had her arraignment in this Court on December 21, 2022, and the charges against her were subsequently dismissed upon the government's motion. Docs. 47; 71. Five prior continuances have been granted for defendants Christopher McClam and Levi McClam. Docs. 37; 42; 43; 61; 62; 68; 69; 87; 88. The parties now move the Court to continue this case to the next trial term for numerous reasons, including the nonavailability of a key law enforcement witness, the nonavailability of defendant Levi McClam's defense counsel, defendant Levi McClam's health issues, and the government's conflicting obligations around the time of this trial term. Doc. 92 ¶ 2.

Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds the ends of justice served by granting this continuance outweigh the best interests of the public and the defendant to a speedy trial. Accordingly, the motion (Doc. 92) is **GRANTED**. The case is

continued from the September term and **specially set** for the Court's next trial term presently scheduled for **November 13, 2023**. No further continuances will be granted. The corresponding delay shall be deemed excludable pursuant to the provisions of the Speedy Trial Act, 18 U.S.C. §§ 3161 *et seq*.

    **SO ORDERED**, this 24th day of August, 2023.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT